UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                              February 11, 2015

**CHIEF JUDGE JEROME B. SIMANDLE**

Court Reporter: Lisa Marcus

Title of Case:                                              Docket # Cr. 11-520-03(JBS)
UNITED STATES
      VS
RENEE REEVES
      (Deft. Present)

Appearances:
Wayne Hettenbach, AUSA for govt.
Patrick Dugan, AUSA for govt.
A. Harold Kokes, Esq. for deft.


Nature of Proceedings:     SENTENCING ON COUNT 1 OF THE REDACTED
                           INDICTMENT
PROBATION: 5 years with special conditions
SPECIAL ASSESSMENT: $100.00
FINE: $2,500.00
RESTITUTION: $140,000.00

Time Commenced 12:15 pm  Time Adjourned 1:10 pm  Total Time: 55 Minutes
Time Commenced 3:45 pm   Time Adjourned 4:00 pm  Total Time: 15 Minutes

                                          s/ *Marnie Maccariella*
                                          **DEPUTY CLERK**